# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand and fifteen.

Before:      Ralph K. Winter,
                    *Circuit Judge.*

_____

Amityville Mobile Home Civic Association, *et al.*,

  Plaintiffs-Appellants,

        v.

Town of Babylon, *et al.*,

  Defendants-Appellees.

_____

**ORDER**
Docket No. 15-1394

    Morrison is not a member of the Bar of this court and cannot serve as counsel to appellants. Zhu has previously reported that "he is lead counsel of record" and is responsible for representing appellants. Appellants' brief is due August 18, 2015. A brief must be filed by that date, and no extensions will be granted. However, the appeal is dismissed effective August 18, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

